AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | |
|---|---|
| Larry Morrison, <br> *Plaintiff* <br> v. <br> Glenview Capital Partners, L.P., Glenview Capital Master Fund, Ltd., Glenview Institutional Partners, L.P., Glenview Offshore Opportunity Master Fund, Ltd., Glenview Capital Opportunity Fund, L.P., and Tenet Healthcare Corp., <br> *Defendant* | ) ) ) ) ) ) ) ) Civil Action No.  15-cv-9664 |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*

                Glenview Capital Partners, L.P.
                c/o Glenview Capital Management LLC
                767 Fifth Avenue, 44th Floor
                New York, New York 10153

                See Attachment A

    A lawsuit has been filed against you.

    Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

                Jack G. Fruchter
                Abraham, Fruchter & Twersky, LLP
                One Penn Plaza
                Suite 2805
                New York, NY 10119

    If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

                                                      CLERK OF COURT

Date: 12/10/2015                                                 /s/R. Chambers
                                                                        *Signature of Clerk or Deputy Clerk*

**Attachment A**

Glenview Capital Master Fund, Ltd.
c/o Glenview Capital Management, LLC
767 Fifth Avenue, 44th Floor
New York, New York 10153

Glenview Institutional Partners, L.P.
c/o Glenview Capital Management LLC
767 Fifth Avenue, 44th Floor
New York, New York 10153

Glenview Offshore Opportunity Master Fund, Ltd.
c/o Glenview Capital Management LLC
767 Fifth Avenue, 44th Floor
New York, New York 10153

Glenview Capital Opportunity Fund, L.P.
c/o Glenview Capital Management LLC
767 Fifth Avenue, 44th Floor
New York, New York 10153

Tenet Healthcare Corp.
1445 Ross Avenue, Suite 1400
Dallas, Texas 75202